UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-MJ-2022-JG

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | |
| 5710 FOUNTAIN GROVE CIRCLE, APT. ) | ORDER TO UNSEAL |
| 261, FAYETTEVILLE, NC 28304 ) | |

Upon motion of the Government, the previously requested Application, Affidavit, and Search Warrant in the above-captioned matter are hereby ORDERED unsealed. SO ORDERED.

Dated: December 19, 2017

Robert T. Numbers, II
United States Magistrate Judge